■ In the Matter of KEVIN PATRICK BRADY, Petitioner, v JEROME C. GORSKI et al., Respondents. [822 NYS2d 474]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. Petitioner's request for sanctions denied. All concur. No opinion. Order filed. Concur—Buckley, P.J., Tom, Saxe, Sullivan and McGuire, JJ.